VALDOSTA GUANO COMPANY *v.* GREEN & SUTTON *et al.*

BECK, P. J.   The discharge in bankruptcy granted subsequently to the
. rendition of a verdict upon a debt provable in bankruptcy, of which
discharge the judgment creditors had due notice in the proceedings in
bankruptcy, operated as a discharge from the debt, although the judg-
ment creditors did not take a judgment within the four days prescribed
for the entering of judgments upon verdicts, but had a judgment nunc
pro tunc entered subsequently to the grant of the discharge in bank-
ruptcy.   Relatively to the discharge in bankruptcy such a nunc pro
. tunc judgment related back to the date within which such judgment
would regularly have been entered upon the verdict in the case.   See
Boynton *v.* Ball, 121 U. S. 457 (7 Sup. Ct. 981, 30 L. ed. 985).   Apply-
ing this ruling to the facts of this case, the judge did not err in
directing a verdict for the defendants in error.

*Judgment affirmed.   All the Justices concur, except Fish, C. J., absent.*
            No. 1453.   DECEMBER 11, 1919.

Equitable petition.   Before Judge Thomas.   Berrien superior
court.   March 18, 1919.

*J. A. Alexander* and *O. M. Smith,* for plaintiff in error.

*J. W. Quincey* and *R. A. Hendricks,* contra.